# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00523-CV

### T. C. and D. D., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-14-004687, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellants T.C. and D.D. filed their notices of appeal on August 5, 2016. The appellate record was complete August 31, 2016, making appellants' briefs due September 20, 2016. To date, appellants' briefs have not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order Mr. Robert Galvin and Ms. Alexandra Prentice Saenz to file appellants' briefs no later than October 7, 2016. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on September 22, 2016.

Before Justices Puryear, Pemberton and Field